UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO CIVIL DIVISION

BIANCA FLORES, on her
own behalf and on behalf of all
similarly situated individuals,

    Plaintiff,
v.                                              Case No.: 6:19-cv-00844-WWB-GJK

ACORN STAIRLIFTS, INC.,
a Florida Corporation,

    Defendant.
_____/

## JOINT MOTION FOR FINAL FAIRNESS HEARING DATE

Plaintiff, Bianca Flores and Defendant, Acorn Stairlifts, Inc., hereby file this "Joint Motion for Final Fairness Hearing Date" and in support state as follows:

1. On January 27, 2020, Plaintiff filed her Amended Unopposed Motion for Preliminary Approval of Class Action Settlement and Notice to Settlement Class [Doc. 45].

2. On January 31, 2020, Magistrate Judge Smith recommended the Parties' Settlement and Notice to Settlement Class be preliminarily approved.

3. On March 24, 2020, this Court entered an Order adopting Judge Smith's Report and Recommendation [Doc. 49].

4. The Parties respectfully request the Court schedule a Final Fairness Hearing for the Court to hear any objections and determine whether the Court should grant final approval to the settlement.

5. The Parties have conferred and request a thirty minute hearing for June 22nd, 24th or 25th, 2020 at 11:00 a.m. or 1:00 p.m., if available.

WHEREFORE, the Parties respectfully request entry of an order scheduling a Final Fairness Hearing for either June 22nd, 24th, or 25th.

Dated this 2nd day of April, 2020.

| | |
|---|---|
| **/s/ *Marc R. Edelman*** | **/s/ *Susan N. Eisenberg*** |
| Marc Reed Edelman, Esquire | Susan N. Eisenberg, Esquire |
| Florida Bar No.: 0096342 | Florida Bar No.: 600393 |
| MORGAN & MORGAN, P.A. | COZEN O'CONNOR |
| 201 N. Franklin Street, Suite 700 | 200 S. Biscayne Blvd., Suite 3000 |
| Tampa, FL 33602-5157 | Miami, Florida 33131 |
| Telephone: 813-223-5505 | Telephone: 305-704-5941 |
| Facsimile: 813-257-0572 | Facsimile: 786-220-0207 |
| medelman@forthepeople.com | seisenberg@cozen.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of April, 2020, a copy of the foregoing was sent via electronic transmission and/or via U.S. Mail to the following:

Susan N. Eisenberg, Esq.
COZEN O'CONNOR
200 S. Biscayne Blvd., Suite 3000
Miami, FL 33131
seisenberg@cozen.com
csplichal@cozen.com
*Attorneys for Defendant*

                                                                 **/s/ *Marc R. Edelman***
                                                                 Marc R. Edelman, Esq.