UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BIANCA FLORES,

    Plaintiff,

v.                                           Case No: 6:19-cv-844-Orl-78GJK

ACORN STAIRLIFTS, INC.,

    Defendant.
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiffs' Unopposed Motion for Attorneys' Fees and Costs and Class Representative Award (Doc. 52). United States Magistrate Judge Gregory J. Kelley issued a Report and Recommendation (Doc. 60), in which he recommends that the motion be granted.

After an independent de novo review of the record and noting the parties' Joint Notice of No Objection (Doc. 61), this Court agrees entirely with the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 60), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiffs' Unopposed Motion for Attorneys' Fees and Costs and Class Representative Award (Doc. 52) is **GRANTED**.

3. Plaintiff is awarded $70,983.00 in attorneys' fees and $3,000.00 in costs to be deducted from the Settlement Fund. Additionally, the named

Plaintiff, Bianca Flores, is awarded a $5,000.00 service award, also to be paid from the Settlement Fund.

**DONE AND ORDERED** in Orlando, Florida on June 26, 2020.

```
_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE
```

Copies furnished to:

Counsel of Record